**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

St. Paul Painting Industry Health and and Welfare Fund,

Plaintiff,

v.

Eric Danewick Painting Enterprises, Inc.,

Defendant.

00 CV 2183 (DDA/FLN)

**ORDER**

---

The Summons in the above matter was issued on September 21, 2000. Over 120 days have passed since the issuance of the Summons and the file does not indicate that service of the Summons and Complaint has been made upon the defendant.

Accordingly,

**IT IS ORDERED** That the plaintiff show cause, if any there be, why service has not been made and why the action should not be dismissed without prejudice. Such cause shall be shown in writing within ten (10) days of this Order and, if good cause is not shown, the action shall forthwith be dismissed without prejudice.

DATED: January 23, 2001.

Donald D. Alsop

DONALD D. ALSOP, Senior Judge

United States District Court

FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK