**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

St. Paul Painting Industry Health and Welfare Fund,

Plaintiff,

v.

Eric Danewick Painting Enterprises, Inc.

Defendant.

00CV2183 (DDA/FLN)

**ORDER**

---

The above entitled matter is hereby dismissed, without prejudice, for lack of prosecution.

DONALD D. ALSOP, Senior Judge
United States District Court

Dated: March 14, 2001.

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK